**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

IN RE DARCEY CARPENTER

Case No.: 3:26-cv-00626-ART-CSD

**Order**

The court is in receipt of a document entitled "Nevada Legal Services Bankruptcy Questionnaire" completed by Darcey Carpenter. (ECF No. 1-1.) Upon receipt of this document, a new civil case was opened.

It is not clear whether Ms. Carpenter intended to initiate a case with this document, which is not a complaint, as it appears she may have been attempting to mail it to Nevada Legal Services.[1] Further, the questionnaire contains sensitive personal information that should be sealed or redacted pursuant to L.R. IC 6-1.

Because it is not clear that Plaintiff intended for this document to be filed with the court, the Clerk is directed to **SEAL** her filing (ECF No. 1-1) pending further order of the court.

The Clerk will also **SEND** Plaintiff a copy of her document (ECF No. 1-1).

To the extent Plaintiff intended to initiate a civil action with the United States District Court, she is advised that she must either pay the $405 filing fee or file a completed application for leave to proceed in forma pauperis. LSR 1-1. The Clerk shall **SEND** Plaintiff a copy of the instructions and application to proceed IFP for a non-prisoner.

[1] The envelope was addressed to "NLS, 440 S. Virginia St., 3d Floor, Reno, NV, 89501" and was delivered to this court, which address is 400 S. Virginia. The court takes judicial notice that one of Nevada Legal Services' addresses is 449 S. Virginia. *See* https://nevadalegalservices.org/contact/?gad_source=1&gad_campaignid=19545442202&gbraid=0AAAAAoUOor3K6EAymvWPOeFH7QwoZVxr-&gclid=EAIaIQobChMItLv2zr-elgMVLCCtBh2bnAV3EAAYASAEEgJPOPD_BwE (last accessed Aug. 13, 2026.)

Plaintiff is further advised that a civil action must be initiated with the filing of a complaint. Fed. R. Civ. P. 3. The Clerk will also **SEND** Plaintiff the form for a pro se civil case.

Plaintiff will have 30 days within which to (1) pay the filing fee or a completed IFP and (2) file a civil complaint. If Plaintiff does not timely do so, the court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated: August 14, 2026

Craig S. Denney
United States Magistrate Judge