**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

IN RE DARCEY CARPENTER

Case No.: 3:26-cv-00626-ART-CSD

**Order**

On September 4, 2026, the court's order of August 14, 2026, that had been mailed to Ms. Carpenter was returned as undeliverable. (*See* ECF No. 4.) Upon closer inspection, it appears the address on the court's docket omits Ms. Carpenter's unit number. As reflected on Ms. Carpenter's initiating documents, her complete address is:

Darcey Ann Carpenter
301 Gentry Way
#229
Reno, NV 89502

The Clerk is therefore directed to update Plaintiff's address of record to the foregoing and to resend ECF No. 2 and ECF No. 3 to Plaintiff at the updated address of record. The court *sua sponte* extends the time for Plaintiff to take any action in accordance with the court's August 13, 2026, order to and including October 29, 2026.

**IT IS SO ORDERED**.

Dated: September 29, 2026

Craig S. Denney
United States Magistrate Judge