UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IN RE DARCEY CARPENTER

Case No. 3:26-cv-00626-ART-CSD

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 7)

*Pro se* Plaintiff Darcey Carpenter initiated this action on August 13, 2026, by filing a document entitled "Nevada Legal Services Bankruptcy Questionnaire." (ECF No. 1). The Court noted it was unclear whether Plaintiff inadvertently filed this document and therefore ordered it sealed. (ECF No. 3). In its order, the Court also instructed Plaintiff about the procedures for initiating a civil action by filing a complaint and either paying the filing fee or submitting an application to proceed in forma pauperis. *Id.* Mail notice of the order to Plaintiff was returned as undeliverable. (ECF Nos. 4, 5). On September 29, 2026, the Court instructed the Clerk of the Court to update Plaintiff's address and to resend its previous order. (ECF No. 6). The Court granted Plaintiff until October 29, 2026, to take action in accordance with its order. *Id.* Plaintiff has not taken any such action.

Judge Denney issued a Report and Recommendation ("R&R") on November 2, 2026, recommending that the Court dismiss the action without prejudice. (ECF No. 7). He found that Plaintiff failed to comply with the Court's previous order regarding the proper initiation of a civil action. *Id.* The R&R stated that Plaintiff had two weeks after service of the document to file any objections. *Id.*

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1). Parties have fourteen days from being served with an R&R to provide written objections. *Id.* Where no party objects in that period, the district court is not required to perform any review of the

magistrate judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Plaintiff did not object to Judge Denney's recommendation within the statutory fourteen-day period, and the time to do so has now expired. Moreover, the Court agrees with Judge Denney's reasoning.

It is therefore ordered that the R&R (ECF No. 7) is ADOPTED.

It is further ordered that this action is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is kindly instructed to CLOSE this case accordingly.

Dated this 23rd day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE